```
 1
 2  Attorneys for Plaintiffs,
    Bubalo Hiestand & Rotman, PLC
 3  9300 Shelbyville Road, Suite 215
    Louisville, KY 40222
 4  (502) 753-1600
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11
12   IN RE: BEXTRA AND CELEBREX         )  Case No. 3:06-cv-03173-CRB
     MARKETING SALES PRACTICES AND      )
13   PRODUCT LIABILITY LITIGATION       )  MDL NO. 1699
                                        )  District Judge: Charles R. Breyer
14   _____)
                                        )
15   DOYLE A. COEN and                  )
     BETTY JO COEN                      )
16                                      )  STIPULATION AND ORDER OF
                       Plaintiffs,      )  DISMISSAL WITH PREJUDICE
17                                      )
            vs.                         )
18                                      )
     MERCK & CO., INC; PFIZER, INC; JOHN)
19   DOE ONE and JOHN DOE TWO           )
                                        )
20                     Defendants.
21   _____
22          Come now the Plaintiffs, DOYLE A. COEN and BETTY JO COEN, and Defendants, by
23   and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
24   and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own
25   attorneys' fees and costs.
26
27
28
                                            -1-

                    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
```

| | | |
|---|---|---|
| 1 | DATED: 12-14, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: /s/ Leslie M. Cronen |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: Jan. 13, 2010 | DLA PIPER LLP (US) |
| 6 | | By: /s/ |
| 7 | | Michelle W. Sadowsky |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court

-2-